# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIDDIQUE MASIH,<br><br>Plaintiff<br>v.<br>THREE STAR GIFT SHOP INC., AND NISAR AHMAD,<br><br>Defendant(s) | Index No.: 07 CIV 9923<br><br>**AFFIDAVIT OF SERVICE**<br><br>**ATTY:**<br>JOSEPH & HERZFELD, LLP Attorneys at Law<br>757 Third Avenue, 25th Floor<br>New York, NY 10017 |

STATE OF NEW YORK: COUNTY OF KINGS    ss:

I, LOAI F. SARSOUR, being duly sworn deposes and says deponent is not a party to this action, I am a United States Citizen and, I am over the age of eighteen years and reside in the state of NEW YORK. That on DECEMBER 18, 2007 at 4:37 PM at FAMOUS GIFT SHOP 692 EIGHTH AVENUE, NEW YORK, NY 10036, receipients PLACE OF BUSINESS deponent served the within SUMMONS & COMPLAINT IN CIVIL ACTION on THREE STAR GIFT SHOP INC. therein named.

CORPORATION: a corporation by delivering thereat a true copy of each to NISAR AHMAD personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be the OWNER AND OPERATOR authorized agent thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: Male   Race/Skin: Asian   Hair: Black   Glasses: No   Approx. Age: 30-40   Height: 5'-10"   Weight: 220
Description of Door:
Distinguishing Features:

COMMENTS:

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Loai F. Sarsour, Lic. #1133309
JOSEPH & HERZFELD, LLP Attorneys at Law
757 Third Avenue, 25th Floor
New York, NY 10017
(212) 688-5640

Executed on: 12-20-07

Subscribed and sworn to before me, a notary public, on this 20th day of December, 2007.

_____   My Commission Expires:
Notary Public

MARIA L. BASS
Notary Public, State of New York
No. 01BA6107290
Qualified in Kings County
Commission Expires March 22, 2008

ID: 07-006844

Client Reference: Masih v 3 Star Gift Shop, et al