UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SIDDIQUE MASIH,

                Plaintiff,

      -against-

THREE STAR GIFT SHOP, INC., ET AL.,

                Defendants.
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/08

ORDER

07 Civ. 9923 (RWS)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The settlement conference scheduled previously for June 17, 2008, at 2:30 p.m., is canceled. It shall be held on June 23, 2008, at 2:30 p.m., before Kevin Nathaniel Fox, United States Magistrate Judge, in courtroom 20A, 500 Pearl Street, New York, New York.

June 2, 2008Dated: New York, New York
          June ___9___, 2008

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE