# JAFFE, ROSS & LIGHT LLP

Attorneys & Counsellors At Law
880 Third Avenue   New York, New York 10022   (212) 751-1700   FAX # (212) 751-2235

## MEMO ENDORSED





June 23, 2008

By Fax: 212-805-6712

Justice Kevin Nathaniel Fox
United States Magistrate Judge
United States District Courthouse
500 Pearl Street
New York, NY 10017

    RE:    Siddique Masih v Three Star Gift Shop, Inc. and Nisar Ahmad
             Case Number 07 CIV 9923

Honorable Sir,

    Please be advised that the above matter has been settled for $20,000.00 to be paid by the Defendants.

    Once the matter has been resolved in its entirety, the appropriate documents will be filed to close this matter.

6/23/08
Based on the text of the instant writing, the settlement conference previously scheduled for June 23, 2008, is cancelled.
SO ORDERED:
Kevin Nathaniel Fox
KEVIN NATHANIEL FOX, U.S.M.J.

Respectfully submitted,

Lawrence Fechner

LF:amf
cc/fax: D. Maimon Kirschenbaum, Esq.
       Joseph & Herzfeld LLP
       Attorneys for Plaintiff

135722