

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------
Siddique Masih,

                        Plaintiff(s)        07 Civ. 9923 (RWS)
        vs.
                                            Order
Three Star Gift Shop Inc.,
Nisar Ahmad.


                        Defendant(s)
-------------------------------------
```

Pursuant to representation upon settlement to the Court by counsel by the parties, and the Court having been advised that this action is settled, IT IS ORDERED that the action is dismissed.


    It is so ordered.

New York, N. Y.

DATE: 8.20.08

                                      ROBERT W. SWEET
                                      U.S.D.J.